B2500A (Form 2500A) (12/15)

# United States Bankruptcy Court

## District Of Idaho

| | | |
|---|---|---|
| In re  Donnie Jason Carlson          , | ) | Case No.  23-00554-NGH       |
|         Debtor | ) | |
| | ) | Chapter  7               |
| | ) | |
|  Raul Mendez and Maria Perez       | ) | |
|         Plaintiffs | ) | |
| | ) | |
|         v. | ) | Adv. Proc. No.  24-06001-NGH |
| | ) | |
|  Donnie Jason Carlson            | ) | |
|         Defendant | ) | |

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

       Address of the clerk:
       Clerk of the Court
       United Sates Bankruptcy Court
       550 West Fort Street, Room 400
       Boise, ID 83724

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

       Name and Address of Plaintiff's Attorney:
       Ron R. Shepherd, Shep Law Group
       1990 North Meridian Road
       Meridian, ID 83646

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date: _____

**United States Courts
District of Idaho
ISSUED**
*Elizabeth Floden
on Jan 08, 2024 4:48 pm*