Ron R. Shepherd, ISBN 6593
Nicholas A. Bronk, ISBN 11602
SHEP LAW GROUP
1990 North Meridian Road
Meridian, ID  83646
Telephone:  (208) 887-3444
Facsimile:  (208) 887-3443
Direct:    ron@sheplawgroup.net
           nick@sheplawgroup.net
E-filing:  efile@sheplawgroup.net

Attorneys for Plaintiffs

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| IN RE: | ) | Case No. 23-00554-NGH |
| | ) | |
| DONNIE JASON CARLSON, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Adv. Proceed No. 24-06001-NGH |
| | ) | |
| | ) | NOTICE OF TAKING DEPOSITION |
| | ) | OF ANGELA PAPINI |
| RAUL MENDEZ and MARIA PEREZ, husband and wife, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DONNIE JASON CARLSON, | ) | |
| | ) | |
| Defendant. | ) | |

THE STATE OF IDAHO SENDS GREETINGS TO:

Angela Papini
8215 E Stone Valley Street
Nampa, ID 83687

YOU WILL PLEASE TAKE NOTICE that the above-named Plaintiffs, Raul Mendez and Maria Perez, (collectively "Mendez"), will take the testimony on oral

NOTICE OF TAKING DEPOSITION OF ANGELA PAPINI – 1

examination of Angela Papini ("Papini"), pursuant to Rule 30 of the Federal Rules of Civil Procedure, before a certified court reporter on Friday, the 20th day of September 2024 at 10:00 a.m. at the law office of Shep Law Group located at 1990 North Meridian Road, Meridian, ID.

Oral examination will continue from time to time until completed. You are hereby notified to be present and take part in said deposition at the time and place indicated. The deposition will be recorded by stenographic means.

YOU ARE FURTHER NOTIFIED that if you fail to appear at the place and time specified above, you may be held in contempt of court and that the aggrieved party may recover from you any and all damages which they may sustain by your failure to comply.

DATED this 25th day of July 2024

          SHEP LAW GROUP


            /s/ Ron R. Shepherd
          RON R. SHEPHERD
          Attorneys for Plaintiffs

NOTICE OF TAKING DEPOSITION OF ANGELA PAPINI – 2

## CERTIFICATE OF DELIVERY

I HEREBY CERTIFY that on the 25th day of July 2024, I electronically filed the foregoing NOTICE OF TAKING DEPOSITION OF ANGELA PAPINI with the Clerk of the Court using the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| US Trustee<br>ustp.region18.bs.ecf@usdoj.gov | Timothy R. Kurtz, Trustee<br>trk@kurtztrustee.com |
| D. Blair Clark<br>Attorneys for Debtor<br>dbc@dbsclarklaw.com | Annie Nice<br>DEPOIDAHO<br>annie@depoidaho.com |

       /s/ Ron R. Shepherd
RON R. SHEPHERD

NOTICE OF TAKING DEPOSITION OF ANGELA PAPINI – 3