Ron R. Shepherd, ISBN 6593
Nicholas A. Bronk, ISBN 11602
SHEP LAW GROUP
1990 North Meridian Road
Meridian, ID  83646
Telephone:  (208) 887-3444
Facsimile:  (208) 887-3443
Direct:    ron@sheplawgroup.net
          nick@sheplawgroup.net
E-filing:  efile@sheplawgroup.net

Attorneys for Plaintiffs

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| IN RE:<br><br>DONNIE JASON CARLSON,<br><br>Debtor.<br><br>RAUL MENDEZ and MARIA PEREZ, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>DONNIE JASON CARLSON,<br><br>Defendant. | Case No. 23-00554-NGH<br><br>Chapter 7<br><br>Adv. Proceed No. 24-06001-NGH<br><br>NOTICE OF HEARING (Motion for Leave to Amend) |

NOTICE IS HEREBY GIVEN that Plaintiffs, Raul Mendez and Maria Perez, will call up for hearing their Motion for Leave to Amend Complaint on Tuesday, the 20th day of August 2024 at 10:00 a.m. before the Honorable Noah G. Hillen via telephonic conference.

NOTICE OF HEARING (Motion for Leave to Amend) – 1

**How to attend:**

By Telephone:
1-669-254-5252
Meeting ID: 160 5422 0978

DATED this 9th day of August 2024

                                            SHEP LAW GROUP

                                                /s/ Ron R. Shepherd
                                            RON R. SHEPHERD
                                            Attorneys for Plaintiffs

## CERTIFICATE OF DELIVERY

I HEREBY CERTIFY that on the 9th day of August 2024, I electronically filed the foregoing NOTICE OF HEARING (Motion for Leave to Amend) with the Clerk of the Court using the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| US Trustee<br>ustp.region18.bs.ecf@usdoj.gov | Timothy R. Kurtz, Trustee<br>trk@kurtztrustee.com |
| D. Blair Clark<br>Attorneys for Debtor<br>dbc@dbsclarklaw.com | |

                                                /s/ Ron R. Shepherd
                                            RON R. SHEPHERD